

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2021

Hon. Ronnie Abrams
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application granted. Time is excluded until October 28, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.  10/14/2021

Re:   **United States** v. **David Davila**, 21 Cr. 547 (RA)

Dear Judge Abrams,

    The Government respectfully moves to exclude time under the Speedy Trial Act in the above-captioned case. On September 1, 2021, a grand jury returned an indictment charging the Defendant with being a felon in possession of a firearm. The Defendant was arrested on October 6, 2021 and presented in Magistrate Court the following day. Arraignment is currently scheduled for October 28, 2021. The Government moves to exclude time under the Speedy Trial Act until the arraignment, so the parties can begin preparing for discovery, discussing the case, and discussing a potential pre-trial resolution. The Defendant's attorney consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  __/s/ Thomas Burnett_____
      Thomas S. Burnett
      Assistant United States Attorney
      (212) 637-1064