**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2021

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. David Davila*, 21 Cr. 547 (RA)**

Dear Judge Abrams:

I write to respectfully request that the Court adjourn the conference in this matter from December 8 to December 22, 2021 at 10:30 a.m., a day and time I believe is convenient for the Court. The Government consents to this request. This adjournment will allow Mr. Davila additional time to review the voluminous discovery in this case before announcing pre-trial motions.

Should the Court grant an adjournment, I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Thomas S. Burnett, Esq.
    Assistant United States Attorney

---

Application granted. The conference is adjourned to December 22, 2021 at 10:30 a.m. and will be held in person. Time is excluded until December 22, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 23, 2021