# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 22, 2021

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. David Davila*, 21 Cr. 547 (RA)**

Dear Judge Abrams:

In light of Mr. Davila's positive COVID-19 test, he is unable to appear at today's conference. I respectfully request that the Court adjourn the conference to January 20, 2022, at 12:00 p.m., a day and time I understand is convenient for the Court.

Should the Court grant an adjournment, I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Thomas S. Burnett, Esq.
    Assistant United States Attorney

---

Application granted. The conference is adjourned to January 20, 2022 at 12:00 p.m. Time is excluded until January 20, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 22, 2021