# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 18, 2022

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:  *United States v. David Davila*, 21 Cr. 547 (RA)**

Dear Judge Abrams:

I write to respectfully request that the Court adjourn the conference in this matter to February 18, 2022, a date I understand is convenient for the Court. The Government consents. The reason for this request is that, because of COVID-19 restrictions at the Essex County Jail, I have not yet been able to meet with Mr. Davila in person to review the voluminous discovery together. After consulting with him, he agrees that such a meeting should occur before we set a trial date or announce to the Court whether we intend to file pretrial motions.

Should the Court grant an adjournment, I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Thomas S. Burnett, Esq.
      Assistant United States Attorney

Application granted. The conference is adjourned to February 18, 2022 at 10:30 a.m. Time is excluded until February 18, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 19, 2022