**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 5, 2022

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. David Davila*, 21 Cr. 547 (RA)

> Application granted. The conference is adjourned to April 14, 2022 at 4:00 p.m. Time is excluded until April 14, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 7, 2022

Dear Judge Abrams:

I write to respectfully request that the Court adjourn the April 8, 20222 conference in this matter to April 14, 2022, at 4:00 p.m., a date and time I understand is convenient for the Court. The Government consents. The reason for this request is that the parties have been in discussions regarding a pretrial disposition and an adjournment would allow additional time to continue that process.

Should the Court grant an adjournment, I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Thomas S. Burnett, Esq.
      Assistant United States Attorney