**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2022

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 11, 2022

Re:  *United States v. David Davila*, 21 Cr. 547 (RA)

Dear Judge Abrams:

I write to respectfully request that the Court extend the deadline for filing Mr. Davila's suppression motion (currently May 12, 2022) to May 16, 2022. The parties are in negotiations toward a resolution of this case, meaning that Mr. Davila ultimately may not file a suppression motion, but will not have completed those negotiations by the current deadline. The requested adjournment would therefore allow the parties time to complete negotiations. The government consents to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Thomas S. Burnett, Esq.
      Assistant United States Attorney