# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2022

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:  *United States v. David Davila*, 21 Cr. 547 (RA)**

> Application granted. A change-of-plea conference is scheduled for May 20, 2022 at 11:00. The suppression hearing scheduled for June 9, 2022 is hereby canceled.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> May 13, 2022

Dear Judge Abrams:

As the parties have reached a disposition, I write to respectfully request that the Court schedule a change-of-plea conference for May 20, 2022, at 11:00 a.m., a date and time I understand is convenient for the Court. In addition, I respectfully request that the Court cancel the June 9, 2022 suppression hearing in this matter, as Mr. Davila will not be filing a suppression motion.

Thank you for your consideration of these requests.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Thomas S. Burnett, Esq.
     Assistant United States Attorney