**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2022

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> September 22, 2022

**Re:  *United States v. David Davila*, 21 Cr. 547 (RA)**

Dear Judge Abrams:

On September 15, 2022, the Court sentenced Mr. Davila to 37 months' imprisonment. I write now to respectfully request that the Court recommend that Mr. Davila be designated to a facility close to the New York City area in order to facilitate family visits. I apologize for the lateness of this request, which I neglected to make at the end of the sentencing proceeding because of my own oversight.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Thomas S. Burnett, Esq.
      Assistant United States Attorney